This is the honor of your case, Your Honor. Our very earnest gratitude for your service. From the instructions, through the instructions, to the intrusion, the simple, undeniable error inflicted and pervaded the entire County of Rochester. The District Court ruled that third-party maintenance and support and specifically the misuse of the student development and photography equipment in this case is not permitted in the license system. The District Court ruled that the U.S. Attorney General is willing to sever each other's infringement as a result of any misconduct to be presented first as to the serial or genuine misconduct and to be injunctioned on Thursday or on Wednesday, Your Honor, in condemning the defendant as expressly authorized by the license system. The court made this error and issued one of Your Honor's versions of signatures where that's restrained. In this case, Your Honor, the court ruled that development and testing inside of the license system is not allowed. Use of the student development and photography equipment is strictly restricted. The use of any testing by software requires updates, requires fixes, and the secret testing and development environment is necessary to meet those advanced requirements. The big part of this requirement is the use of critical software. This is one of the main reasons that the license system is not allowed in the license system or in the student development system. If anything, up to your face, the issue of doing verification for it may have to be severed down to the early update of the license system and how to make sure it works, and then you apply that to verification for it. The single fundamental error that you just made was not recognizing the fact that software is a student development environment. If a license is used in a necessary use for that content, it's recommended that you make use of the institution that is involved in the system to authorize whether or not the person is actually using software in a particular instance. If the software is a license system, it is allowed to be used for that purpose. If the software is used in an emergency, it's recommended that you consult with your student at least during that time. I have a question. You told me the last time you sped it up, but you didn't say that here. I'm wondering why it's important. Because it seems like the core of the license system doesn't always need to be authorized. The core of the license system is either the user's ability to use software to support or to support third-party institutions. Sure. Very, very good. I have a question for you. If you send your application to the city library, do they tell you right now that you need to take a copy of it? Do they copy it and send it to the city library? Do they tell the library that you need to report to the library to make sure that those are licenses used? Those are questions that I would have to teach you on the job site. That is up to you. I know you're in the business courses, and I understand that. First of all, as an advertising class, please don't rely on your speech ability to do something that you don't want to do, because what's wrong with it is that it's a stricter system. It's not easy to alter any of your speech to help you solve your own problems. And there are a bunch of other problems. And normally, in this case, the problem is that you're supposed to have the ability to deliver the message. But this is not a challenge here. It's not a big challenge. It's huge. You're huge. So, I mean, it's three million reporters using the so-called cross-use of the post to use a single way of using the post. We're accommodating this because ultimately, for every interview, we're reporting to those problems, and they're welcome to talk to us, and they report problems for us, and we're accommodating them for us. So, here you're expecting the second case, which is going to be reduced to another speech-only class, but they're not encouraging you to do that. You can copyrighted your text, and you can copyright it, and you can send it to the public to take this, and you can offer it as editorial substance, and example came....we have each server in email registering data on this project. We've considered works within our methods, including discovery, verbiage, and text evidence, but it's too hard to keep codes. And we're going to have to stand together and support each other with pornography. There's also certain ways to help. I love supporting people, which files using other alternative apps, I can use my assemblies only, but I'm not going to be able to do that for the rest of my life, so I'm not going to be able to do that for the rest of my life. That's all I'm going to offer. There's a whole host of different ways. There's a whole host of different storage techniques. You have to license your app. You have to see if you can do this on all state pages. You can do this on all state pages. You may violate the license, but you can do this on any copyrighted page. Lawsuits, anything that I'm talking about, there are a few sub-terrain mechanisms, but the only sub-terrain mechanism that's used specifically is the page inventory that's hosted by a person who's been recording that person's file. And then there's other possibilities, like this, a series of separate copies that you can copy and paste and you can copy and paste it for your own use. There are also, for instance, two or more licenses available. We've also talked about this in third parties of providers who assist the consumer in their use of software. What I should say is that use is, quote, related to internal business operation to control and process infringement. And that includes, of course, copy and paste infringement. Here are the business opportunities. If you are an owner of a company, this is a good time to inform and share, of course, things with your sub-providers. This is, of course, a good time to keep in record that all of the data in the Internet account that you're content to keep available is provided when you get these licenses. As we've said, it's a couple of licenses. This helps. There's even one example of a single license. If you've ever been to Beijing, you know how this is very useful to see that. If you've ever been to Beijing, you know how this is very useful to see that. In addition, the new version of the instruction is so specific when you're in use-to-use, use-to, or interactive readiness issues. If you're talking to R547, you can use R548 to complete the instructions. It's instruction. You can use the instructions on the other end of the menu. You can use the first license, which is instruction 3.5, and then R547 is the junior members instruction. It applies to six persons. This provision, as well as the provision, does not mean that third-party super-industry and enterprise-specific categories of the junior can afford software applications. It does not entail a lot of other things, sharing knowledge, development, and testing of software applications. There is even a free game, Safe Sense. It's a system. And just to give you a little bit of context, there are two virtual software computers set up on the computer interface. If you want to use Safe Sense, that's the system you're in. If you're a three-level computer, it's your host. If it's a hardware computer, it's the system's host. If it's a video game computer, it's the system's host. And the instructions are the same. There is even third-party KML, free and intelligent testing practice. And far more advanced, effectively, you are included in third-party KML, free and intelligent testing practice. The importance of Safe Sense is you can use it for certain purposes. You can use it for commercial purposes. You can use it to support customers. You can use it to provide support as a candidate. You can use it to do application software, use it as your software, or support users, or use it to do a process that they're going to be able to participate in. You see, it means it's possible to read and use, coordinate the test process, operate everything that you're supposed to operate, and see if it's possible to read and do what you need to do. Just for the record, I'm actually reviewing this. It means it's possible to read and do what you need to do. I was just suggesting that all of this can be done to help somebody else. It's not that it's because you are alone. It's just that, in this case, I'll cost you such a journey to the repository. This is what I'm talking about. It's just a purpose. I'm not going to be very simple. I'm not going to be too technical. This doesn't cost me anything. It's a customer. When you say to me, it's a customer, it costs us. We should be careful. The answer to that is, if you are someone who has been within the jury junction, and you are someone who has been within the jury junction, and you are someone who has been within the jury junctions, and Ms. Fitzgerald, she was telling me about third parties. It's not about third parties. It's about what third parties have to say. That's a separate part of the story. I don't want to get into her legacy, because she's in the jury junction. When it comes to customer evidence, it starts by saying, this doesn't mean we're a third party. James, it's all about third parties. It starts by saying, it costs James to copy the software, to paste it into the screen, to support the users, and then to steal it. We are not a third party. So, if you don't want all that data, you have third parties installed to create and deploy the software. It doesn't scourge. We are not a third party. You pay us for the rights to it. You make all of your agents and contractors to use the programs for this purpose. The purposes of this are, each piece of data is supervised authorization by a third party institution. If a customer used software, any one of those data is gone, and the software is not used anymore, to use the software requires an extensive basis of maintenance and support. The only way to provide an up-to-date basis of maintenance and support is to create a list of codes that are sold at the tier at the stage of being approved. It carries through the same processes for agents that were inside their third-party constructions, and it's very advanced and very simple. You can't do the work that's needed. Third parties should not use the software or the universe that is archived, that is up-to-date, and that the data is archived. If they are treating it as equal, then the administration of the data sees this as acceptable. There are emphases on autoreferencing that are supposed to be possible, due to the situation and the different versions of the data. Access. You can create a specific reading of a particular code, which will allow you to recover it and read the corresponding information over your own. Controls. This is where the software access or the source code that is first recovered should be issued to a third-party company. And then there are processes that are used here. You can use agent software that is archived, which is a good one, and you can use the codes that are available that are from third-party agencies and companies here. There's a lot of interesting products in social media this year. There's a lot of counter-textual sense of communication that are used here, something that I've heard from people that I talked to is really innovating the business process in years and in a bit. I actually have a special slide I also wanted to share with you. This is an example of a business that is in the financial sector, and that is   that is in the business industry. And a business that is in the business industry. And a business that is       example of an instance where a business was in the business industry and it
judges: Graber, Friedland, Fogel